IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PEPPER ESCALANTE o/b/o           PLAINTIFF
K.E.E., a minor

  v.      CIVIL NO. 11-6008

MICHAEL J. ASTRUE, Commissioner
Social Security Administration          DEFENDANT

**J U D G M E N T**

  For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

  IT IS SO ORDERED AND ADJUDGED this 25th day of May, 2012.

                /s/ *Erin L. Setser*
                HON. ERIN L. SETSER
                UNITED STATES MAGISTRATE JUDGE